# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BRADFORD STEWART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUKE CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-01972-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: 7/01/2026** |

Pursuant to the Parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that all current case deadlines, including the deadlines for initial disclosures and submission of Joint Status Report and Discovery Plan are CONTINUED until thirty (30) days after the filing of the consolidated class action complaint.

IT IS SO ORDERED.

Dated: July 2, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATION TO
CONTINUE CASE DEADLINES- 1
Case No. 2:26-cv-01972-KKE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

Presented by:

BAKER & HOSTETLER LLP

*s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: (206) 566-7167
Email: cbrandfieldharvey@bakerlaw.com

*Attorney for Defendant Fluke Corporation*

*s/ M. Anderson Berry*
M. Anderson Berry, WSBA # 63160
Gregory Haroutunian*
Brandon P. Jack*
EMERY REDDY P.C
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 916-823-6955
Email: anderson@emeryreddy.com
Email: gregory@emeryreddy.com
Email: brandon@emeryredd.com

Leigh S. Montgomery*
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
Email: lmontgomery@eksm.com

*Attorneys for Plaintiff Bradford Stewart and Proposed Class*

***Pro Hac Vice Forthcoming***

| | |
|---|---|
| ORDER GRANTING STIPULATION TO CONTINUE CASE DEADLINES- 2 Case No. 2:26-cv-01972-KKE | BAKER & HOSTETLER LLP 999 Third Avenue, Suite 3900 Seattle, WA 98104-4076 Telephone: (206) 332-1380 |